# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS GEBKA, Individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 1:21-mc-91391 |
| v. ) | |
| EVERQUOTE, INC., ) ) | |
| Defendant. ) ) | |
| THOMAS GEBKA, Individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Underlying action pending in the U.S. District Court for the Northern District of |
| v. ) | Illinois, Eastern Division |
| ALLSTATE INSURANCE COMPANY, ) a Delaware limited liability company, ) ) | Case No. 1:19-cv-06662 |
| Defendant. ) | |

## LOCAL RULE 7.1(a)(2) CERTIFICATION FOR ECF NO. 1

I hereby certify that, before filing Plaintiff's *Motion to Compel Compliance with Records Subpoena Issued by United States District Court for the Northern District of Illinois* (ECF No. 1), counsel for Plaintiff conferred with counsel for Everquote, Inc. and attempted in good faith to resolve or narrow the issues.

Dated: June 10, 2021

                                                                 Respectfully Submitted,

                                                                 THOMAS GEBKA, individually and on behalf of all others similarly situated, Plaintiffs

                                                                 By: /s/ Anthony I. Paronich

                                                                 Anthony I. Paronich

115349

PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
(617) 485-0018
(508) 318-8100 (fax)
anthony@paronichlaw.com

Keith J. Keogh (pro hac vice pending)
KEOGH LAW, LTD.
55 W. Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-1092
(312) 726-1093 (fax)
keith@keoghlaw.com
***Attorneys for Plaintiff and the Putative Class***

115349

**CERTIFICATE OF SERVICE**

    I hereby certify that, on June 10, 2021, I caused a copy of the foregoing *Local Rule 7.1(a)(2) Certification for ECF No. 1* to be served upon all counsel of record via electronic filing using the CM/ECF system.

    /s/ Anthony I. Paronich

115349